JAMES F. EGAN, Public Administrator of the County of New York, as Administrator of the Estate of MARCELINO LOPEZ, Deceased, Appellant, *v.* NATIONAL TRANSPORTATION Co., INC., et al., Respondents.

Argued February 20, 1947; decided April 10, 1947.

*John F. Mulvey* and *John Barsha* for appellant.

*Joseph F. Murray* and *James A. Doherty* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.